*Clerks file copy*

{Come Holy Spirit upon:}

**EASTERN DISTRICT OF M**
**UNITED STATES DISTRIC**
**SOUTHERN DIVIS**

Case: 2:14-cv-14155
Judge: Edmunds, Nancy G.
MJ: Hluchaniuk, Michael J.
Filed: 10-28-2014 At 03:55 PM
CMP PIO PETER ZAMMIT V THE FEDERAL
INTERNAL REVENUE SERVICE, ET AL (LG)

PIO  PETER ZAMMIT
Plaintiff

CASE NO.  ___

vs.

Hopefully assigned to: Honorable Gerald E. Rosen, Chief Judge

THE FEDERAL INTERNAL REVENUE SERVICE AND THE STATE OF
MICHIGAN REVENUE SERVICE AND ALL MICHIGAN ABORTION CLINICS

Defendants (see page 1-9 for a detailed list of Defendants).

PIO PETER ZAMMIT, Pro Se Litigant, 50739 Holt, New Baltimore, MI 48047

/

**PLEASE ACCEPT MY COMPLAINT AGAINST THE INTERNAL REVENUE
SERVICE AND THE STATE OF MICHIGAN FOR ALL MY BACK TAX
MONIES USED FOR FEDERAL AND STATE FUNDED ABORTIONS
BECAUSE ALL ABORTIONS ARE PROHIBITED BY THE 14TH
AMENDMENT AND BECAUSE THE MICHIGAN HEALT CODE DEFINES
THE FETUS AS "HOMO SAPIEN" - HUMAN BEING – WHICH IS
SYNONIMOU WITH "HUMAN PERSON". DEFENDANTS THEREFORE
THE IRS, THE MICHIGAN TAX REVENUE SERVICE AND ALL
MICHIGAN STATE ABORTION CLINICS WHO ARE ACTING IN
VIOLATION OF THE MICHIGAN HEALTH CODE AND THE 14TH
AMENDMENT THAT STATES: "*NO STATE SHALL DEPRIVE A PERSON OF
LIFE, LIBERTY OR PROPERTY WITHOUT DUE PROCESS OF LAW...*" AS
WELL AS BY THE 14TH AMENDMENT'S "*EQUAL PROTECTION CLAUSE*"
THAT SAYS THAT MAKES THE 14TH AMENDMENT EQUALLY
APPLICABLE TO PROTECT ALL AND EVERY *HUMAN FETUS/"HOMO
SAPIENS*" - THUS STATING THAT A HUMAN FETUS IS A HUMAN BEING.
EVERY HUMAN BEING IS A HUMAN PERSON: SEE "HOMO SAPIENS"
AS STATED IN THE MICHIGAN PUBLIC HEALTH CODE PURSUANT TO:
P. 134, 333.17015 (a)(b) AND P. 144, 333.17016 (b)(c). THUS TO PROTECT
ALL HUMAN FETUSES FROM CONCEPTION IN THE USA, IT WOULD
TAKE A NEW CONSITUTIONAL MENDMENT TO DECLARE ALL HUMAN
FETUSES, HOMO SAPIENS, AS PERSONS."**

**NOW COMES the Plaintiff's, today, October 23, 2014, with his Complaint as
stated above against all the Defendants stated above and detail listed as follows:**

## <u>The Detail List of all Defendants are as follows:</u>

Federal Internal Revenue Service of Washington, DC.

Michigan Tax Revenue Service, Lansing, Michigan

All Michigan Licensed Abortion Clinics as listed below, on pages 2 through 9
.

Marquette Planned Parenthood Center
1219 N. Third Street.
Marquette, MI 49855

Muskegon Planned Parenthood Center
209 E. Apple Ave.
Muskegon, MI 49443

Womancare Abortion Clinic
28505 Southfield Rd.
Lathrup Village, MI 48076

Eastpoint Women's Clinic
15921 East 8 Mile Road, #1
Eastpoint, MI 48021-2993

East GYN Center
15650  East 8 Mile Road
Detroit, MI 48205

Women's Center
28477 Hoover Rd
Warren, MI 48093

Women's Center
6765 Orchard Lake Rd.
West Bloomfield, MI 48322

Northland Family Planning
24450 Evergreen Road, Suite 220
Southfield, MI 48075

- 3 -

Northland Family Planning
3500 Ford Rd #3
Westland, MI 48185

Northland Family Planning
3810 17 Mile Rd, Suite 1
Sterling Heights, MI 48130

Women's Clinic Group
43380 Woodward Ave
Bloomfield Hills, MI 48302

Bloomfield Hills Services
43700 Woodward Ave, Suite 104
Bloomfield Hills, MI 48302

American Family Planning, Inc.
4132 Shaefer Road
Dearborn, Michigan

Crisis Pregnancy Center
1760 Fort Street
Lincoln Park, Michigan

Summit Medical Center
15801 W. McNichols Rd.
Detroit, Michigan 48235

Womancare of Macomb PC
11474 15 Mile Rd.
Sterling Heights, MI 48312

Birth Control Center
2783 E. 14 Mile Rd.
Sterling Heights, MI 48310

Women Advisory Center
27549 6 Mile Rd.
Livonia, MI 48152

- 4 -

**Planned Parenthood for Mid and South Michigan**
**29350 Van Dyke Ave.**
**Warren, MI 48093**

**Women's Center**
**42500 Hayes Rd**
**Clinton Township, MI 48038**

**Women's Cetner**
**755 W. Big Beaver Rd.**
**Troy, MI 48084**

**Scotsdale Women's Center**
**19305 W. 7 Mile Rd**
**Detroit, MI 48219**

**Women's Center**
**26711 Woodward Ave.**
**Huntington Woods, MI 48070**

**Health Care Clinic, Inc.**
**6500 Centurion Dr.**
**Lansing, MI 48917**

**Women's Health Center**
**G-3422 Flushing Rd.**
**Flint, MI 48504**

**Women's Clinic**
**1625 N. Opkyke**
**Auburn Hills, Michigan**

**Planned Parenthood for Mid and South Michigan**
**840 Maus Ave.**
**Ypsilanti, MI 48198**

**Planned Parenthood**
**Livonia Health Center**
**37625 Ann Arbor Rd.**
**Livonia, Michigan**

- 5 -

**Womancare of Downriver**
**14523 Northline Rd.**
**Southgate, MI 48195**

**Northland Family Planning Center**

**Azalia, MI 48110**

**Womancare**
**27634 5 Mile Rd.**
**Livonia, MI 48154-3946**

**Planned Parenthood**
**2370 W. Stadium Blvd**
**Ann Arbor, MI 48103**

**Planned Parenthood**
**1300 Professional Dr.**
**Ann Arbor, MI 48103**

**Planned Parenthood**
**4229 Cass Ave.**
**Detroit, MI 48201**

**Women's Center**
**26711 Woodward Ave.**
**Royal Oak, MI 48070**

**Women's Center**
**37666 Ford Rd.**
**Westland, MI 48185**

**Northland Family Planning Center**

**Farmington, MI 48331**

**Women's Clinic Group**
**2665 Elizabeth Lake Rd., Suite 104**
**Waterford, MI48328**

- 6 -

**Northland Family Planning Center**

**Southfield, MI 48033 or 48086**

**Northland Family Planning Center**

**Troy, MI 48007**

**Northland Family Planning Center**

**Wayne, MI 48184**

**Women's Health Center**
**3141 Cabaret Trial, Suite 100**
**Saginaw, MI 48603**

**Feminine Health Care Center, PC**
**2032 S. Saginaw Street**
**Flint, MI 48503-3844**

**Heritage Clinic for Women**
**320 Fulton St. E.**
**Grand Rapids, MI 49503**

**Michigana Abortion Clinic PC**
**703 E. Main St.**
**Niles, MI 49120**

**Dr. Sharpe's Women's Advisory**
**16738 E. Warren**
**Detroit, MI 48224**

**Planned Family Center**
**41700 Hayes Rd.**
**Clinton Township, MI 48038**

**Women's Advisory Enter**
**27549 W. Six Mile**
**Ann Arbor, MI 48103**

- 7 -

**Planned Parenthood Mid and South**
**300 N. Clippert St.**
**Lansing, MI 48912**

**Planned Parendhood**
**7900 Grand River Rd., P.O. Box 1238**
**Brighton, MI 48114**

**Planned Parenthood**
**87 W. Pearl St.**
**Coldwater, MI 49036**

**Planned Parenthood**
**8325 E. Jefferson Ave.**
**Detroit, MI 48214**

**Womancare of Lansing PC**
**1601 E. Grand River Ave.**
**Lansing, MI 48906-5468**

**Planned Parenthood**
**515 E. Grand River Ave. Suite G**
**East Lansing, MI 48823**

**Planned Parenthood**
**G-1235 S. Center Rd.**
**Burton, MI 48509**

**Planned Parenthood of South Central Michigan**
**209 W. Hatch St.**
**Sturgis, MI 49091**

**Planned Parenthood**
**2009 W. Michigan Ave.**
**Jackson, MI 49202**

**Planned Parenthood**
**205 N. Hintz Rd.**
**Owosso, MI 48867**

- 8 -

Planned Parenthood
1110 Hill Street
Three Rivers, MI 49093

Planned Parenthood
2650 McLeod Drive N.
Saginaw, MI 48604

Planned Parenthood
20 Care Dr.
Hillsdale, MI 49242

Planned Planned of South Central Michigan
4201 W. Michigan Ave.
Kalamazoo, MI 49006

Women's Med Service of Muskegan
233 Fulton St. E.
Grand Rapids, MI 49503

AAA Abortion Clinic
4050 Bay Rd.
Saginaw, MI 48603

AAA Abortion Clinic
4250 N. Saginaw Rd.
Flint, MI 48504

Planned Parenthood
1161 E. Napier Ave
P.O. Box 8779
Benton Harbor, MI 49022

Women's Medical Center
3212 Eastern Ave. SE
Grand Rapids, MI 49508

Alpha Women's Center of Western
1725 Division Ave. S.
Grand Rapids, Michigan

- 9 -

**Women's Choice Health Care Clinic**
**815 Coolidge Rd. Suite 303**
**Lansing, MI 49022**

**Women's Center Inc**
**101 Court St.**
**Munising, MI 49862**

**Care Clinic**
**1213 N. Third Street**
**Marquette, MI 49855**

**Planned Parenthood**
**175 E. Adam St.**
**Ioni, MI 48846**

**Planned Parenthood**
**110 Sanborn Ave, Suite B**
**Big Rapids, MI 49307**

**Planned Parenthood**
**2855 Capital Ave SW**
**Battle Creek, MI 49015**

**Flint Health Center**
**G-3371 Beecher Road**
**Flint, MI 48532**

**Cheery St. Center**
**425 Cherry St. SE**
**Grand Rapids, MI 49503**

**Planned Parenthood**
**570 N. Marshall Road**
**Coldwater, MI 49036**

- 10 -

**Tax funded abortions – State and Federal – are abusive for five lethal reasons:**

**1 ) Vested Interest: seeking profits not the welfare of the patients.** Breaking the the 24 waiting period laws, breaking informed consent, withholding of  ultrasound images so the women will not change their minds. Increasing abortions to increase their revenues.

**2) Performing surgeries when the women are not pregnant.**
In the news of a women who was shown a mass on an ultra sound and was advised of an abortion. She had great misgivings about it but was advised to get an abortion. Her guilt after wards was so great that she committed suicide. Later it was learned that she was not even pregnant and had aborted nothing.

**3)  Not providing patients of the risks of abortion nor the images of a baby at all stages of development** nor allowed to see their ultrasounds when she has a right to see it. Abortion clinics know that once a woman has seen her baby in an ultra sound, they do not abort. So, even by law that a women should be able to see her ultrasound, the clinic does not show it unless pushed to do so.

**4) Not being told by the Clinic of the cases of perforated uteruses had occurred in this particular clinic nor how many times the doctors' licenses was revoked in another state.**

**5) Not being told how many deaths have occurred at the Clinic that the women is seeking an abortion. Womancare of Lathrup village has had four deaths.**

**Therefore, I request of the Court to please grant that all Defendant Clinics be unlicensed so as to not be able to perform abortions which are illegal in Michigan due to the Michigan Health Code's recognition of fetuses to be *"homo sapiens"* which are legally protected by the Constitution's 14th Amendment and that all my Federal and State tax monies used for these clinics since 1973 be returned to me.**

**I, Pio Peter Zammit, acting in Forma Pauperis (IFP) testify truthfully that I am requesting of His Honor Judge Gerald Rosen, Chief Judge to honor my motion/plea/request to grant me that all my filing fees be waived because I absolutely cannot afford them at all. I had to borrow all the $72 for stamps to file this today. Thank you for your consideration and God bless all: The Court and all Defendants.**

**Pio Peter Zammit, Plaintiff, Pro Se Litigant**
**50739 Holt**
**New Baltimore, MI 48047**

**Proof of Service:  Copies of this entire Complaint has been sent out to all Defendants listed on pages 2 through 9 by US Mail today, October 23, 2014.**

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

County in which action arose _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Pio Peter Zammitt

**DEFENDANTS**
The Federal Internal Revenue Service, et al

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Case:2:14-cv-14155
Judge: Edmunds, Nancy G.
MJ: Hluchaniuk, Michael J.
Filed: 10-28-2014 At 03:55 PM
CMP PIO PETER ZAMMITT V THE FEDERAL
INTERNAL REVENUE SERVICE, ET AL (LG)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question *(U.S. Government Not a Party)*
☐ 2 U.S. Government Defendant
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**TORTS**
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Management Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 375 False Claims Act
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**CIVIL RIGHTS**
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 448 Education

**PRISONER PETITIONS**
**Habeas Corpus:**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
**Other:**
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee - Conditions of Confinement

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___

## PURSUANT TO LOCAL RULE 83.11

1.　　　　Is this a case that has been previously dismissed?　　　　☐ Yes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.　　　　Other than stated above, are there any pending or previously
　　　　discontinued or dismissed companion cases in this or any other
　　　　court, including state court? (Companion cases are matters in which　☐ Yes
　　　　it appears substantially similar evidence will be offered or the same　☐ No
　　　　or related parties are present and the cases arise out of the same
　　　　transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes :

# New Lawsuit Check List

**Instructions: Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.**

| | |
|---|---|
| ☐ | Two (2) completed **Civil Cover Sheets.** *None* |

| | | |
|---|---|---|
| ☐ | Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank. *(1)* <br><br> _____ + 2 = _____ **Complaints.** <br> # of Defendants      Total <br><br> Received by Clerk: _____ Addresses are complete: _____ | Case:2:14-cv-14155 <br> Judge: Edmunds, Nancy G. <br> MJ: Hluchaniuk, Michael J. <br> Filed: 10-28-2014 At 03:55 PM <br> CMP PIO PETER ZAMMIT V THE FEDERAL <br> INTERNAL REVENUE SERVICE, ET AL (LG) |

| | |
|---|---|
| ☐ | If any of your defendants are **government agencies**: <br> Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General. |

| **If Paying The Filing Fee:** | | **If Asking That The Filing Fee Be Waived:** | |
|---|---|---|---|
| ☐ | Current new civil action filing fee is attached. <br><br> Fees may be paid by check or money order made out to: <br><br> **Clerk, U.S. District Court** *None* <br><br> Received by Clerk: _____ Receipt #:_____ | ☐ | Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms. <br><br> *None* <br><br> Received by Clerk: _____ |

**Select the Method of Service you will employ to notify your defendants:**

| Service via Summons by Self | | Service by U.S. Marshal <br> (Only available if fee is waived) | | Service via Waiver of Summons <br> (U.S. Government cannot be a defendant) | |
|---|---|---|---|---|---|
| ☐ | Two (2) completed **summonses** for each defendant including each defendant's name and address. <br><br><br><br><br> Received by Clerk: _____ <br> *None* | ☐ <br><br><br><br><br> ☐ | Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint. <br><br> Two (2) completed **Request for Service by U.S. Marshal** form. <br><br> Received by Clerk: _____ <br> *None* | ☐ | You need not submit any forms regarding the Waiver of Summons to the Clerk. <br><br> <u>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted</u>, you will need: <br> • One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant. <br> • Two (2) **Waiver of the Service of Summons** forms per defendant. <br><br> Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. *None* |

**Clerk's Office Use Only**

Note any deficiencies here:

*No Copies of Cmp No Fee No IFP application, No Summons, No 285 Forms, No Waivers*

Rev. 4/13