To: Pio Peter Zammit

    50739 Holt

    New Baltimore, MI 48047

Copy to: Eastern District of Michigan, United States District Court

    Southern Division

From: Crisis Pregnancy Center

    1760 Fort Street

    Lincoln Park, MI 48146

October 31, 2014

14-14155

FILED
NOV 13 2014
CLERK'S OFFICE-DETROIT
U.S. DISTRICT COURT

Dear Mr. Zammit:

    We have received a copy of your lawsuit, and request that you remove our Crisis Pregnancy Center from your lawsuit. We have operated for 31 years on Christian values and principles, and have helped thousands of Moms, Dads, and Grandmas keep their babies or place their babies for adoption. We have never done an abortion nor even referred for an abortion in all those years. We do provide pregnancy tests for the Moms and referral to Pro-Life doctors. We also provide cribs, baby clothes, diapers, formula and other material needs to the Moms and families in order that they are able to care for their babies. We often have helped families who have been burned out or victims of abuse.

    We again ask you to remove our Center from your lawsuit. We thank you for your attention in this matter. Please advise.

Sincerely,

*Sandra Krasnodemski*

Sandra Krasnodemski, Director



Crisis Pregnancy Center
1760 Fort St,
Lincoln Park, MI 48146

Eastern District of Michigan
United States District Court
Theodore Levin U.S. Courthouse
231 W, Lafayette Blvd,
Detroit, MI 48226

RECEIVED
NOV 13 2014
CLERK'S OFFICE
DETROIT

FILED
NOV 13 2014
CLERK'S OFFICE-DETROIT
U.S. DISTRICT COURT

