{Come Holy Spirit upon:}

EASTERN DISTRICT OF MICHIGAN
UNITED STATES DISTRICT COURT
SOUTHERN DIVISION

FILED
NOV 25 2014
CLERK'S OFFICE
DETROIT

PIO PETER ZAMMIT
    Plaintiff

CASE NO: 14-14155

vs.

Honorable Nancy G. Edmunds

INTERNAL REVENUE SERVICE, et all,
    Defendants
_____/

**Plaintiff's Motion to Proceed in Forma Pauperis**

---

*In compliance with the Honorable Nancy G. Edmunds' Order Directing me, the plianitiff, Pio Peter Zammit, to submit an Application to Proceed IN FORMA PAUPERIS, please find herein attached are two complete copies of my application to Proceed in In Forma Pauperis without prepaying fees or costs: one for Her Honor Nancy G. Edmunds and one for the Case Manager, Carol J. Bethel.*

*I sincerely thank Her Honor Nancy G. Edmunds for her Order and for the Case Manager, Carol Bethel, (who sent me application and handbook and highlighted it for me.)*

Sincerely,

*Pio Peter Zammit*
Pio Peter Zammit, Pro Se Litigant: 50739 Holt, New Baltimore, MI

**Attention:** *Honorable Nancy G. Edmunds*
            *And Case Manager, Carol Bethel*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER PIO ZAMMIT,

    Plaintiff,

v.

INTERNAL REVENUE SERVICE, et al,

    Defendants.

_____/

Case No. 14-14155

Honorable Nancy G. Edmunds

*In compliance with*

## ORDER DIRECTING PLAINTIFF TO PAY FILING FEE OR SUBMIT AN APPLICATION TO PROCEED IN FORMA PAUPERIS

On October 28, 2014, Plaintiff filed a *pro se* complaint pursuant to the Fourteenth Amendment to the United States Constitution. Federal law provides that the "clerk of each district court shall require the parties instituting any civil action . . . to pay a filing fee" of $400. 28 U.S.C. § 1914(a). To ensure access to the courts, however, 28 U.S.C. § 1915(a) permits an indigent plaintiff to avoid payment of filing fees by submitting a request to proceed *in forma pauperis*. To date, Plaintiff has failed to remit payment or file an application seeking *in forma pauperis* standing.

IT IS HEREBY ORDERED that Plaintiff shall, within fourteen (14) days of the date of this Order, either (1) pay the $400 filing fee in full or, (2) file a motion to proceed *in forma pauperis* supported by an affidavit or declaration complying with 28 U.S.C. § 1746.[1] Failure to timely comply with this order will result in dismissal of this action pursuant to Fed.R.Civ.P. 41(b).

---

[1] For Plaintiff's convenience, the Court has attached the "pro se handbook" and an application for proceeding *in forma pauperis* to this order.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

_PIO PETER ZAMMIT_ )
Plaintiff/Petitioner )
)
_IRS + State of Michigan Treasury_ ) Civil Action No. _TBD_
v. )
Defendant/Respondent )
)

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
_I am retired; see below:_

My gross pay or wages are: $ _____, and my take-home pay or wages are: $ _____ per
(specify pay period) _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources (check all that apply):

(a) Business, profession, or other self-employment     ☐ Yes     ☐ No
(b) Rent payments, interest, or dividends     ☐ Yes     ☐ No
(c) (Pension), annuity, or life insurance payments     ☒ Yes     ☐ No
(d) Disability, or worker's compensation payments     ☐ Yes     ☐ No
(e) Gifts, or inheritances     ☐ Yes     ☐ No
(f) Any other sources ; _SSI_     ☒ Yes     ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

- Ford Pension $1256 monthly (which is wiped out/depleted by chapter 13 payment of $1171.06 monthly.)
- SSI: $1554 monthly; but I am paying
- my sister's credit card debt of $7000 because she bought me water heater + appliances: I pay her $200 a month
- I also pay $225 a month in support of monthly/weekly counseling
- Items 2 through 6 from #8 (next page) come from/out of SSI as well as:
- Medical insurance: $132 a month comes out of SSI. I owe medical bills: $850
- DENTAL + PHARMACY

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ .96 cents cash on hand $5.00 bill. TOTAL $5.96 cash + checking account

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

1979 Lincoln

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

1) → Chapter 13 payment: $1171.06 auto-deducted on 6th of every month
2) Gas: $75 a month
3) Heat: $193 a month
4) DTE: $73 a month
Food: $50 a month
Car repairs: as needed $300 this year.
Car payment: paid $3000 this year. One more payment due

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

1) * Chapter 13 payment of $1171.06 monthly due for next 24 months
2) * $300 owed on Car to Russ Tilles of New Baltimore, MI
3) $4,324.34 debt due now; cannot pay it. to Barclays Inc.
4) Semco Energy $1046. DTE: $355. Water Bill $345 (St Vincent de Paul helping pay it in process)
6) Car insurance: $250 month (monthly) Medical many bills $132
5) my sister Josephine Portelli: 200 a month on $7000 bill

Declaration: I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: November 20, 2014

*Applicant's signature*

PIO PETER ZAMMIT
*Printed name*

```
CITY OF NEW BALTIMORE
36535 GREEN ST
NEW BALTIMORE, MI 48047
Phone   : (586) 725-2151


Received From:
ST VINCENT DEPAUL SOCITY DETROIT


Date: 11/20/2014           Time: 9:39:47 AM
Receipt: 154388
Cashier: JUDY


ITEM REFERENCE                      AMOUNT
---------------------------------------------
UB UTILITY BILLING (water)
Acct 2445073900                     $362.25
---------------------------------------------
TOTAL                               $362.25

CHECK 1198                          $362.25
Total Tendered:                     $362.25
Change:                               $0.00
```

*St. Vincent DePaul* *Paid* *This bill for water for me*



**SEMCO ENERGY**

| Total Amount Due: | $1,052.40 |
|---|---|
| Due Date: | 12/02/2014 |
| If Paid After 12/02/2014: | $1,052.40 |

**Account Number**

0060700.502

## Usage and Account Information

Please see back for additional information

| Meter Number | Days Billed | Beginning Reading | | | Ending Reading | | | Units Used (THM) | Units Used Last Yr.(THM) | Meter Factor | Therm Factor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Date | Type | Read | Date | Type | Read | | | | |
| 212202 | 14 | 10/20/14 | Actual | 6462 | 11/03/14 | Actual | 6525 | 64.890 | 0 | 1.000 | 1.030 |

| | | | |
|---|---|---|---|
| Account Type: | Residential | Previous Activity: | |
| | | Previous Balance | 0.00 |
| Account Name: | Pio Zammit | Balance Transfer | |
| Service Address: | 50739 Holt St 1 | from 50739 HOLT ST | 935.11 |
| | | **Balance Forward** | **$935.11** |

Please review the special insert enclosed regarding important information you need to know about Energy Assistance Programs.

| Current Charges: | |
|---|---|
| Customer Charge | 11.50 |
| MRP Charge | 0.42 |
| Distribution Charge (0.173420) | 11.25 |
| *Total SEMCO Charges:* | **23.17** |
| | |
| Balancing Demand Charges (0.067310) | 4.37 |
| Supplier Energy Charge (0.557690) | 36.19 |
| *Total Supply Charges:* | **40.56** |
| | |
| Energy Optimization Charge (0.014960) | 0.97 |
| Sales Tax | 2.59 |
| *Total State Charges:* | **3.56** |
| | |
| Turn On Fee | 50.00 |
| **Total Current Charges** | **$117.29** |
| | |
| **Total Account Balance** | **$1,052.40** |

Page 1 of 1

Detach and return bottom portion along with your check in the enclosed envelope.

---




**SEMCO ENERGY**

| Account No.: 0060700.502 | Service Address: 50739 Holt St 1 |
|---|---|
| Please include your Account Number on your check. | |

| Amount Due on or Before: | 12/02/2014 |
|---|---|
| **Total Amount Due:** | **$1,052.40** |

1599 1 AV 0.381
PIO ZAMMIT
50739 HOLT ST
NEW BALTIMORE, MI 48047-1672

SEMS93233
SE,1GRP-1717-T:5
001599

Amount Paid (If different than Total)

0000000060700502000105240000000006070050200010524010



**SEMCOENERGY**
GAS COMPANY

SHUT-OFF NOTICE

PIO ZAMMIT
50739 HOLT ST
NEW BALTIMORE MI 48047

Account Number
06-0700.501

Service Address
50739 HOLT ST
NEW BALTIMORE MI 48047

Cycle: 108

Past Due Amount
$1,188.92

Date of Notice
5/31/14

Date Scheduled For Shut-off
On or After 8:00 A.M.
6/02/14

RETURN THIS PORTION WITH PAYMENT
PLEASE TEAR ALONG THIS LINE

## YOUR GAS SERVICE MAY BE SHUT OFF
## CALL US IMMEDIATELY TO STOP SHUT OFF ON OR AFTER 8:00 A.M.

ACCOUNT             SHUT OFF
06-0700.501         6/02/14

NAME
PIO ZAMMIT

**Customer Assistance**

Toll Free 1-800-624-2019

When it is necessary to make a personal visit to your premises to collect there will be an additional charge of $11.50. All outstanding gas charges and any additional fees may be required if gas service is shut off.

If your check payment is returned from the bank, a check fee of $18.00 may be applied and your account will be tagged as **CASH ONLY** for one year.

If payment is made at a Payment agency, on-line banking or being mailed, **it is the customer's responsibility to call us immediately to stop this shut off. PAST DUE NOW: $1,188.92**

**AMOUNT AFTER TURN OFF**
PAST DUE AMOUNT $1,188.92 plus RECONNECT FEE of $50.00 plus Deposit.

RESIDENTIAL DEPOSIT: 2x AVERAGE BILL   or   COMMERCIAL DEPOSIT: 3x AVERAGE BILL

NOTE MORE THAN ONE DEPOSIT CAN BE HELD AT ONE TIME.

**DTE Energy**

## Payment Coupon

**AVOID SHUTOFF PAY $255.93 BEFORE 11/12/2014**

Please indicate amount paying $ _____

| | |
|---|---|
| Account Number | 1549 930 0001 2 |
| **AVOID SHUTOFF | 255.93 |
| Total Due: | $398.88 |

**T030*2*P00**************AUTO**5-DIGIT 48047
PIO PETER ZAMMIT
50739 HOLT ST
NEW BALTIMORE MI 48047-1672

Mail Payments To:

DTE Energy
P.O. Box 740786
Cincinnati OH 45274-0786

For address corrections, please visit dteenergy.com or call 800.477.4747.

Return upper portion with your payment    538095239

Keep lower portion for your records

---

## SHUTOFF NOTICE

### Contact Information

Gas Leak or Gas Emergency       800.947.5000
Customer Service or Power Outage  800.477.4747
Hearing-Impaired TDD Line        800.888.6886 (Mon-Fri 8am-5pm)
Web Site                         dteenergy.com

### Programs you are enrolled in

Senior Program

### Summary of Charges

| Account Number | 1549 930 0001 2 |
|---|---|

| | |
|---|---|
| Account Balance as of Sep 30, 2014 | 399.08 |
| Payment Received Oct 03, 2014 Thank You! | − 70.00 |
| Balance Prior to Current Charges | 329.08 |

Your account remains past due. Please pay $255.93 before November 12, 2014 to avoid SHUTOFF.

| | |
|---|---|
| Current Charges | |
| DTE Electric Company Residential Senior Citizen Electric Service | 69.80 |
| Total Current Charges | 69.80 |
| Account Balance as of October 29, 2014 | $398.88 |



### Important Information

If your service is shut off, please call 800.477.4747 to obtain the total amount required to restore service. This will include the past-due amount, a reconnect charge, a deposit and all other past due amounts before your service is restored. If DTE Energy is your provider for gas and electric, the past-due amount required applies to both services. If you have an Advanced Meter your service will be shut off remotely without a visit to your location.

We have removed your account from the Shutoff Protection Plan (SPP) due to missed payments. Please pay the total amount due. Thank you.

The average DTE Electric residential customer is expected to save $6.94 each month because of energy optimization programs over the remaining program life.

For the average Michigan residential customer, renewable energy is estimated to avoid $3.90 per month of new coal-fired generation costs.

*http://piowoo*



# SHUT OFF NOTICE

Marcella (Marcia) Shinska, City Clerk
36535 Green Street • New Baltimore, MI 48047
(586) 725-2151 EXT. 111
OFFICE HOURS: 8:00 a.m. - 4:30 p.m.

| PROPERTY ADDRESS |
| --- |
| 50739 HOLT |

| CYCLE | | ACCOUNT NO |
| --- | --- | --- |
| 2 | 22 | 2445073900 |

| TO AVOID DISRUPTION OF SERVICE REMIT BY |
| --- |
| 12/01/2014 |

| PAY THIS LATE AMOUNT |
| --- |
| 362.25 |

**WE HAVE NOT RECEIVED PAYMENT FOR YOUR UTILITY BILL.
YOUR SERVICE IS SCHEDULED FOR SHUT OFF.
TO AVOID TERMINATION OF YOUR SERVICE,
PAYMENT MUST BE RECEIVED IN FULL BY THE DUE DATE.**

**TURN ON FEE IS $46.00 Monday - Friday 8:00 a.m. - 3:00 p.m.
TURN ON FEE IS $100.00 AFTER 3:00 p.m.**

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE REGARDING
TERMINATION OF YOUR SERVICE. IF YOUR PAYMENT HAS
RECENTLY BEEN MADE, PLEASE DISREGARD THIS NOTICE.**

UNPAID WATER AND SEWAGE BILLS BECOME A
LIEN AGAINST THE PROPERTY.

AFTER-HOURS DROP BOX LOCATED AT CITY HALL.

**FAILURE TO RECEIVE A BILL DOES NOT ALTER
DUE DATE OR WAIVE THE PENALTY.**

YOUR WATER IS TESTED AND MEETS FEDERAL
STANDARDS FOR LEAD AND COPPER.



**FOR NIGHT, WEEKEND OR HOLIDAY WATER OR SEWER
EMERGENCIES, CALL (586) 725-7300**

MAKE CHECKS PAYABLE TO: CITY OF NEW BALTIMORE

COMMENTS:

⬆ Detach Along Perforation and Keep Top Portion for Your Records ⬆
MOISTEN AND FOLD TO SEAL
**INSERT CHECK AND MAIL - OUR PAYMENT COPY IS PRINTED INSIDE THIS RETURN ENVELOPE.**

THE HUNTINGTON NATIONAL BANK
P.O BOX 1558 EA1W37
COLUMBUS OH 43216-1558



PIO ZAMMIT
50739 HOLT ST
NEW BALTIMORE MI 48047-1672

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-BANK (2265)

www.huntington.com

## Huntington Premier Savings Account         Account: 04382738986

Statement Activity From:
10/22/14 to 11/18/14

| | |
|---|---:|
| **Beginning Balance** | $0.00 |
| Credits (+) | 0.00 |
| Debits (-) | 0.00 |
| Total Fees (-) | 0.00 |
| **Ending Balance** | **$0.00** |
| Average Balance | 0.00 |
| Low Balance | 0.00 |

---

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-BANK or call toll free 1-800-480-BANK, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  1. Tell us your name and account number (if any).
  2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.
We will investigate your complaint or question and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This time period will be 20 business days (instead of 10 business days) if your complaint or question involves a transaction: (i) that was not initiated in any state, territory, or possession of the United States; or (ii) that was a point of sale transaction (other than the purchase of postage stamps from a Huntington ATM); or (iii) that was a Check Card merchant transaction.

**Verification of Electronic Deposits** If you have authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can call to find out whether or not the deposit has been received by us, call either 1-614-480-BANK or call toll free 1-800-480-BANK.

**Balancing Your Statement** - For your convenience, a balancing worksheet is available on our web site www.huntington.com under the Planning & Tools section, or at your local branch.

---

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.
The Huntington National Bank is Member FDIC. ⓗ ® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated. Patent pending for the 24-Hour Grace™ system and method.   ©2014 Huntington Bancshares Incorporated.

Statement Period from 10/22/14 to 11/18/14   Page 1 of 1

# OPINION

Wednesday, November 19, 2014          Facebook.com/VoicenewsNB

### Finding support, compassion

Dear Julie Pollard, I enjoy "our" ongoing dialogue. Please know President Obama's "good" does not "outweigh" his "bad." Why? Because not only have numerous abortions occurred "on his watch," but he contributed to them: About $540 million subsidy to Planned Parenthood. He would have to be president for 100 years to "outweigh" that "bad!" And these women need our love and compassion. If they would go to "Project Rachel Retreats," they would find healing, love and support. Let's support them by inviting them to "Project Rachel Retreats."

— PIO PETER ZAMMIT
New Baltimore

Fax: (586) 716-8533

Twitter: Follow us
@VOICENEWSNB

# New Lawsuit Check List

Instructions: Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.

| | |
|---|---|
| ☐ Two (2) completed **Civil Cover Sheets.** | |
| ☐ Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.<br><br>__72__ + 2 = __74__ Complaints.<br># of Defendants     Total<br><br>_3 copies were_<br>Received by Clerk: _yes_   Addresses are complete: _yes_ | CLERK TO AFFIX<br><br>CASE ASSIGNMENT LABEL<br>HERE |
| ☐ If any of your defendants are **government agencies**:<br>Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General. | |

| If Paying The Filing Fee: | If Asking That The Filing Fee Be Waived: |
|---|---|
| ☐ Current new civil action filing fee is attached.<br><br>Fees may be paid by check or money order made out to:<br><br>**Clerk, U.S. District Court**<br><br>Received by Clerk: _____  Receipt #: _____ | ☒ Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.<br><br><br><br>Received by Clerk: _yes_ |

Select the Method of Service you will employ to notify your defendants:

| Service via Summons by Self | Service by U.S. Marshal (Only available if fee is waived) | Service via Waiver of Summons (U.S. Government cannot be a defendant)<br>_This is the process I desire_ |
|---|---|---|
| ☐ Two (2) completed **summonses** for each defendant including each defendant's name and address.<br><br>*I already sent a copy of the case by US mail proof of service to each 72 defendants*<br>Received by Clerk: _____<br>*I sent directly to defendants.* | ☐ Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint.<br><br>☐ Two (2) completed **Request for Service by U.S. Marshal** form.<br><br><br><br>Received by Clerk: _____ | ☒ You need not submit any forms regarding the Waiver of Summons to the Clerk.<br><br>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted, you will need:<br>• One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant *please note that notice of law-suit + request to waive service*<br>• Two (2) **Waiver of the Service of Summons** forms per defendant. *sent already to all defendants!*<br><br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. *Copy was sent to all defendants by US mail! + please advise!* |

**Clerk's Office Use Only**

Note any deficiencies here:

Rev. 4/13

**Attention:** *Honorable Nancy G. Edmunds*
*And Case Manager, Carol Bethel*

To:

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD. – ROOM 564
DETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

U.S. MARSHALS