UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Pio Peter Zammit,

                Plaintiff(s),

v.                                             Case No. 2:14−cv−14155−NGE−MJH
                                            Hon. Nancy G. Edmunds

Internal Revenue Service, et al.,

                Defendant(s),

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

   **IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Michael J. Hluchaniuk for all pretrial proceedings, including a hearing and determination of all non−dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

                                                      s/Nancy G. Edmunds
                                                      Nancy G. Edmunds
                                                      United States District Judge

**Certificate of Service**

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                        s/C Bethel
                                                      Case Manager

Dated:   December 9, 2014