Comes Now Plaintiff upon Judges copy

United States District Court
Eastern Ditsict of Michigan
Southern Division

Rio Peter Zammit
Plaintiff

Case No. 14-14155
Honorable Nancy G. Edmunds

v.

Internal Revenue Service, et al.,

FILED
JAN 14 2015
CLERK'S OFFICE
U.S. DISTRICT COURT

8

Addendum to my Motion for Reconsideration to retain Clinic Defendants because they do "act under the color/cover of state law."

Comes now, Rio Peter Zammit, with his addendum-attachment of the January 9, 2015 issue of "the Michigan Catholic" that documents and explains the closing/license suspension of Women Center/Womancare on Southfield Road in Lathrup Village, Michigan as well as a call for the "permanent closure, investigation of 4 others."

I ask the court to please, since the court "should and must" share all the previous attachments of my original motion for consideration (you recently received)

-2-

with the Judge who closed Womancare on Southfield so she/he can see all the evidence against Womancare since the 1980's! Womancare's Michigan (state) Health Codes (state laws) violations have been numerous, deaths due to botched abortions of both mother and child many, and most especially due to Dr. Alberto Hodari's (now retired) horendous disregard for human life: mother & child. I prayed outside Womancare/Woman Center in 1998 to 2002. I saw woman carried out in the arms of her "husband" after an abortion. I saw Womancare paid escorts forbidding women to carry fetal development images of stages of pregnancy into the clinic which we gave them so as to see how their baby looks and how visible and beautiful her baby was so perhaps she would elect to have her child, keep a pet her child up for adoption as an alternative to killing/aborting her baby! But the "escorts" confiscated our materials which are ordered to be given to them by the Michigan Health Code!

This womancare clinic has never given the preventive informed consent prescribed by the Michigan Health Code. Violations of the 24 hour waiting period to get counsel from family or friends were numerous by Womancare. How was this clinic allowed to remain open these past 20 years? It seems that lack of inspections are the "norm" as was the case of Dr. Kermit Gosnell's abortion clinic in Texas!

May this court share all this information with the Judge who closed (suspended) Womancare and help in the investigation of 4 other clinics. Womancare should be permanently closed! The women who died there would be living today if the Michigan Health Code would have been enforced over the last 20 years! These women who lost their lives there were not forewarned! The clinic was "money driven" — not "patient-care driven!" (Womancare an oximoron!)

Since Womancare/Woman Center is owned by Dr. Jacob Kalo (whom I know well personally) still has

— 3 —

his license, its the stand-alone clinic that has been suspended. Thus this clinic is operating "under the color/cover of state law!")

Thus all Clinic Defendants listed in this/my case should be retained — lest they, too, be allowed to operate in great risk to women who are victims of these clinics' profit-oriented work ethic not the care of women. Additionally women who have had abortion (post-abortive women) have a higher average of suicide than the national women average of suicide. Abortion (especially pressured) hurts women physically, mentally, emotionally and spiritually. But "Project Rachel Retreats" can help women to find healing, peace, love and support! May this court please retain all Defendant Clinics. They are not "private entities" — They are state approved/or disapproved; state-Health-Code/law-regulated; state and federal taxes supported. These abortions are paid for by state + federal taxes! The Michigan Health Code/law tis signed by the Governor — our State Governor: under his "color + cover of state law!") Thank you, Ricilyte Zemmit

*please see pages 1 and 2.*

Placed on shelf

# THE MICHIGAN CATHOLIC

www.themichigancatholic.com | January 9, 2015 | $1

### Welcome to Mass:
Following success of Alpha, parish invites friends, family to church | 7



### Tackling illiteracy, Dominican-style:
Center moves to larger facility, seeks reading tutors | 5

## An answer to prayer: Abortion clinic's license suspended

### Local pro-life advocates call for permanent closure, investigation of 4 others

**MIKE STECHSCHULTE**
*The Michigan Catholic*

**SOUTHFIELD** — If frequent vigils, life chains and petitions are any indication, it seems prayer does work in powerful ways for the local pro-life community.

After a Southfield abortion clinic, the Women's Center on



I've been thinking a lot about how the angels rejoiced at the birth of a baby. They were pleased that God became a human being unfolding like that. And here we were so dismissive of children — not just the ones that we're aborting, but even those we allow to be born ... It's so very common, and it's sad because even the wanted children aren't truly wanted



Gregory A. Shemitz | CNS photo
Pro-life advocates walk from Union Station to participate in the March for Life in Washington last January.

### 'Biggest human rights rally' returns for March for Life

**SARAH MCCARTHY**
*Catholic News Service*

**WASHINGTON** — "The biggest human rights rally in the world



**The bare facts:** Who was the young man who 'ran off naked' in Mark's Gospel? | 11

Praying for a new Pentecost in the Archdiocese of Detroit

ADDRESS LABEL

---

suspended by the state of Michigan in late November for repeated code violations, local pro-life activists gathered to give thanks and call for its permanent closure during a Dec. 23 news conference.

Barb Yagley, director of the Southfield location of 40 Days for Life, called the suspension a "great blessing" and the result of many hours of prayer in front of the clinic, but added it should also make people consider the consequences of abortion.

"We're asking the community to do a bit of soul-searching as to their perceived need for these types of services," Yagley told The Michigan Catholic. "(The licensing failure) should give people pause for thought about what is it about abortion that distorts or corrupts the people who are practitioners."

According to Lynn Mills of Pro-Life Detroit, the clinic failed several state health inspections and was ordered by the Michigan Department of Licensing and Regulatory Affairs to suspend all surgical procedures, including abortions, pending a March 4 hearing by the state attorney general's office, after an attempted late-term abortion in February 2014 resulted in a woman's hospitalization for a perforated uterus, hemorrhaging, and emotional and physical trauma. The



Mike Wullaert | Special to The Michigan Catholic

The infant Jesus lies in a manger in front of the Women's Center abortion clinic in Southfield just before Christmas as a group of pro-life volunteers stopped to pray for the clinic's permanent closure after the state of Michigan temporarily suspended its license in late November.

abortionist who performed the procedure, Dr. Reginald Sharpe, is also currently under state investigation.

According to the order, the clinic may remain open for physicals and patient counseling during the suspension, and still may refer people seeking abortions to other locations.

Mills said the clinic had failed at least five state inspections in the past year ranging from failure to discuss risks and complications prior to obtaining consent for an abortion, failure to offer ultra-

sound images to mothers and not having a registered nurse in attendance during an abortion, as well as numerous hygiene and safety violations.

Despite such frequent violations, Mills said, it was the February victim's coming forward that ultimately spurred the state to action.

"I don't think victims know or understand that they can file complaints and be 100 percent anonymous — not with the

*N.B. 'state investigation'*

Please see **Abortion** | 2

---

will return to the nation's capital the annual March for Life Jan. 2

The 42nd rally on the National Mall and march to Capitol Hill marks the anniversary of the Supreme Court's 1973 ruling in the case of *Roe v. Wade* that invalidated state and federal restrictions on abortions, legalizing abortion virtually on demand.

Micaiah Bilger, education director of the Pennsylvania Pro-Life Federation, said she sees the march as an opportunity to move forward from *Roe v. Wade*.

"The March for Life is, I think, the biggest human rights rally the world and it's wonderful to be with other people and unite under that cause," Bilger said. "It's important for us to stand up in our nation's capital and say, 'Abortion is a human rights injustice and we want to see all life protected.'"

The Pennsylvania Pro-Life Federation usually brings a few hundred participants from around the state, Bilger said. The range of people attend — from high school students to older men and women who have been going for many years — offers opportunity for participants to meet others of diverse backgrounds and share the same beliefs about abortion.

"We have a really good, really diverse group of people that go every year," she said. "There are many young people who are going...

Please see **March for Life**

Jan 14, 2015

Dear File Clerk,

Please place this addendum with my motion for reconsideration you received last week – (or perhaps today.)

Sincerely grateful,

[signature]

re: Case No. 14-14155

Reference —

United States District Court
Eastern District of Michigan
Southern Division

Pio Peter Zammit

Plaintiff

Case No. 14-14155

Honorable Nancy G. Edmunds

v.

Internal Revenue Service, et al.,

Defendants

Motion for Reconsideration to retain Clinic Defendants because they do "act under the color of state law."

Plaintiff, Pio Peter Zammit is most grateful for her honor's granting me to proceed in forma pauperis. The Honorable Nancy G. Edmunds is gracious and sensitive to my condition.

May the Court, also, please review all the attachments of the Michigan Health Code as well as all the attachments related to civil law suits against Womancare of Lathrup Village and related materials that absolutely show that all "free standing clinics" do "act under the cover of state law."

Sincerely grateful, Pio P. Zammit

service: copy was sent to defendants of record, today, Jan 9, 2015