United States District Court
Eastern Ditrict of Michigan
Southern Division

Pio Peter Zammit
plaintiff

v.

Internal Revenue Service, et al.,

Case No. 14-14155

Honorable Nancy G. Edmunds

Reference

FILED

JAN 14 2015

CLERK'S OFFICE
U.S. DISTRICT COURT

Addendum to my Motion for Reconsideration
to retain Clinic Defendants because they do
"Act under the color/cover of state law."

Comes now, Pio Peter Zammit, with his addendum-
attachment of the January 9, 2015 issue of "the
Michigan Catholic" that documents and explains
the closing/license suspension of Women Center (Womancare)
on Southfield Road in Lathrup Village, Michigan
as well as a call for the "permanent closure, investigat-
of 4 others."

I ask the court to please, since the court
"should and must" share all the previous attachments
of my original motion for consideration (you recently received)

-2-

*placed on shelf* (handwritten)

(handwritten notes in right margin): Exhibit 1-14/15  Case No 14-14155  See pgs 1 + 2.

# THE MICHIGAN CATHOLIC



www.themichigancatholic.com | January 9, 2015

(handwritten across masthead): You know large Names of Suspended Abortion Mill; please note both articles on pages 1 and 2 because both are important...



Welcome to Mass
Following success of Alpha, parish invites friends, family to church 7

Tackling illiteracy, Dominican-style
Center moves to larger facility, seeks reading tutors 15

## An answer to prayer: Abortion clinic's license suspended

Local pro-life advocates call for permanent closure, investigation of 4 others

**MIKE STECHSCHULTE**
*The Michigan Catholic*

**SOUTHFIELD** — If frequent vigils, life chains and petitions are any indication, it seems prayer does work in powerful ways for the local pro-life community."

After a Southfield abortion clinic, the Women's Center on Southfield Road, had its license

"I've been thinking a lot about how the angels rejoiced at the birth of a baby. They were pleased that God became a human being, they were happy for us, that our salvation was unfolding like that. And here we're so dismissive of children — not just the ones that we're aborting, but even those we allow to be born ... It's so very common, and it's sad because even the unwanted children aren't truly wanted."

— Bob Kraley, 40 Days for Life coordinator



**Gregory A. Shemitz | C**
Pro-life advocates walk from Uni Station to participate in the Mar Life in Washington last January.

## 'Biggest hum rights rally returns fo March for L

**SARAH McCARTH**
*Catholic News Service*

**WASHINGTON** — "The big man rights rally in the wo



ADDRESS LABEL

The bare facts: Who was the young man who ran off naked in Mark's Gospel? | 11

Praying for a rainy Pentecost in the Archdiocese of Detroit

suspended by the state of Michigan in late November for repeated code violations, local pro-life activists gathered to give thanks and call for its permanent closure during a Dec. 23 news conference.

Barb Yagley, director of the Southfield location of 40 Days for Life, called the suspension a "great blessing" and the result of many hours of prayer in front of the clinic, but added it should also make people consider the consequences of abortion.

"We're asking the community to do a bit of soul-searching as to their perceived need for these types of services," Yagley told The Michigan Catholic. ("The licensing failure) should give people pause for thought about what is it about abortion that distorts or corrupts the people who are practitioners."

According to Lynn Mills of Pro-Life Detroit, the clinic failed several state health inspections and was ordered by the Michigan Department of Licensing and Regulatory Affairs to suspend all surgical procedures, including abortions, pending a March 4 hearing by the state attorney general's office, after an attempted late-term abortion in February 2014 resulted in a woman's hospitalization for a perforated uterus, hemorrhaging, and emotional and physical trauma. The

abortionist who performed the procedure, Dr. Reginald Sharpe, is also currently under state investigation.

According to the order, the clinic may remain open for physicals and patient counseling during the suspension, and still may refer people seeking abortions to other locations.

Mills said the clinic had failed at least five state inspections in the past year ranging from failure to discuss risks and complications prior to obtaining consent for an abortion, failure to offer ultra-



Mike Wullaert | Special to The Michigan Catholic

The infant Jesus lies in a manger in front of the Women's Center abortion clinic in Southfield just before Christmas as a group of pro-life volunteers stopped to pray for the clinic's permanent closure after the state of Michigan temporarily suspended its license in late November.

sound images to mothers and not having a registered nurse in attendance during an abortion, as well as numerous hygiene and safety violations.

Despite such frequent violations, Mills said, it was the February victim's coming forward that ultimately spurred the state to action.

"I don't think victims know or understand that they can file complaints and be 100 percent anonymous — not with the

Please see **Abortion** | 2

will return to the nation's capital the annual March for Life Jan...

The 42nd rally on the Natio Mall and march to Capitol H marks the anniversary of the Supre Court's 1973 ruling in the case of F v. Wade that invalidated state a federal restrictions on abortions, legalizing abortion virtually on deman

Micaiah Bilger, education dir tor of the Pennsylvania Pro-Li Federation, said she sees the ma as an opportunity to move forw from Roe v. Wade.

"The March for Life is, I thi the biggest human rights rally the world and it's wonderful to and be with other people and u under that cause," Bilger said. " important for us to stand up in nation's capital and say, 'Abor is a human rights injustice and want to see all life protected.'"

The Pennsylvania Pro-Life F eration usually brings a few hun participants from around the s Bilger said. The range of people attend — from high school stud to older men and women who l been going for many years — offe opportunity for participants to others of diverse backgrounds share the same beliefs about abor

"We have a really good, re diverse group of people that go d every year," she said. "There a many young people who are g

Please see **March for Life**

P. Bjornness
50739 Wer.
New Baltimore,
MI 48047

Case No 14-14155

Attn: Honorable Nancy G. Edmunds
United States District Court
Eastern District of Michigan
Southern Division
231 W. Lafayette Blvd.
Detroit, Michigan 48226

METROPLEX MI 480
METROPLEX MI 480
15 JAN 2015  PM 5 L
15 JAN 2015  PM 4 L

480226327294